No. 05–5217. ELGAR v. WILLIAMS. C. A. 9th Cir. Certiorari denied.

No. 05–5219. HORNBACK v. MAHONEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–5220. HERNANDEZ-GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5222. REINERT v. WYNDER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–5223. T. C. v. LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 05–5226. HOWARD v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 05–5227. FAIR v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 05–5228. JEFFREY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–5229. KEMP v. FAMILY INDEPENDENCE AGENCY ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–5230. HUNTER v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 05–5231. JOHNSON v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.¹

No. 05–5232. HARRISON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 05–5233. MITCHELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–5234. NEIDIG v. UNITED STATES. C. A. 3d Cir. Certiorari denied.